PROB 12C
42914

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Probation Supervision
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Darrell D. Hooker | Case Number: | 5:11-MJ-1926-1 |
| Name of Sentencing Judge: | Honorable James E. Gates | | |
| Date of Original Sentence: | July 11, 2012 | | |
| Original Offense: | Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a) | | |
| Original Sentence: | 12 month term of probation | | |
| Type of Supervision: | Probation | Supervision Started: | 07/11/2012 |
| Defense Attorney: | Laura S. Wasco | | |

PETITIONING THE COURT

Violation 1 -   <u>Criminal conduct.</u>

On February 5, 2013, the defendant was charged with Break or Enter a Motor Vehicle; misdemeanor Larceny; and Possession of Stolen Goods/Property (12CR54139) in Harnett County, North Carolina, and also a related charge of Obtaining Property by False Pretense (12CR217909) in Wake County, North Carolina. These charges remain pending.

Violation 2 -   <u>Using a controlled substance.</u>

On February 19, 2013, the defendant tested positive for the presence of cocaine. The specimen was confirmed positive through a lab certification test.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. It is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 6th day of March, 2013.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain | /s/Linwood E. King |
| Michael C. Brittain | Linwood E. King |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610, Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8682 |
| | Executed On: March 6, 2013 |

Hooker, Darryl
5:11-MJ-1926-1
Motion for Revocation
Page 3

================================================================================
THE COURT ORDERS:

☒ ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐ OTHER:

_____          6 March 2013
James E. Gates                              Date
United States Magistrate Judge